**No. 11-398. Department of Health and Human Services, et al., Petitioners v. Florida, et al.**

565 U.S. 1048, 132 S. Ct. 609, 181 L. Ed. 2d 447, 2011 U.S. LEXIS 8295.

November 18, 2011. Robert A. Long, Esquire, of Washington, D.C., is invited to brief and argue this case, as amicus curiae, in support of the position that the Anti-Injunction Act, 26 U.S.C. § 7421(a), bars the suit brought by respondents to challenge the minimum coverage provision of the Patient Protection and Affordable Care Act, 26 U.S.C. § 5000A.